# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA CAMPOS, an individual; and NICHOLE C. WRIGHT-CULP, an individual,<br><br>Plaintiff;<br><br>vs.<br><br>DXP ENTERPRISES, INC., a Texas Corporation; CORTECH ENGINEERING, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-00103 JLS (DFMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>*(filed concurrently with Stipulation)*<br><br>Compl. Filed: Oct. 10, 2017<br>1st Amd. Compl. Filed: Dec. 4, 2017<br>Action Removed: January 19, 2018 |

Pursuant to the Stipulation by the parties, the Court hereby dismisses Plaintiffs Patricia Campos and Nichole C. Wright-Culp's First Amended Complaint, including all causes of action therein, with prejudice.

**IT IS SO ORDERED.**

DATED: March 14, 2019

_____
The Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE

1